# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 21, 2012

No. 11-50320
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JYMLU YOUNG,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:10-CR-403-1

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Jymlu Young raises arguments that he concedes are foreclosed. *See United States v. Rawls*, 85 F.3d 240, 242 (5th Cir. 1996) (rejecting Commerce Clause-based challenge to 18 U.S.C. § 922(g)(1)). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.